lee, elmer edward v. state 









                                        NO. 12-07-00169-CR

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER, TEXAS

 

 

BOBBY
RAY STEELE,        §          APPEAL FROM THE 241ST

APPELLANT

 

V.        §          JUDICIAL
DISTRICT COURT OF

 

THE
STATE OF TEXAS,

APPELLEE   §          SMITH
COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER
CURIAM

            This appeal is being dismissed for want of
jurisdiction.  Appellant pleaded guilty
to driving while intoxicated.  Sentence
was imposed on January 26, 2007.  We have received the trial court’s certification showing that this was a
plea bargain case and that Appellant waived his right to appeal.  See Tex.
R. App. P. 25.2(d).  Accordingly,
the appeal is dismissed for want of jurisdiction.

Opinion delivered May 16, 2007.

Panel
consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

 

 

 

(DO NOT PUBLISH)